734

No. 216. CLARK OIL CO. ET AL. *v.* PHILLIPS PETROLEUM CO. ET AL. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Tom Davis, Ernest A. Michel* and *Carl L. Yaeger* for petitioners. *Messrs. David T. Searls* and *G. Aaron Youngquist* for respondents.

No. 220. MORGAN, EXECUTRIX, *v.* HINES, ADMINISTRATOR OF VETERANS' AFFAIRS. October 8, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Robert H. McNeill* and *C. L. Dawson* for petitioner. *Acting Solicitor General Judson, Messrs. Wilbur C. Pickett, Fendall Marbury* and *Walter J. Cummings, Jr.* for respondent.

No. 223. PRUDENCE REALIZATION CORP. *v.* HURD COMMITTEE ET AL. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Irving L. Schanzer* for petitioner. *Mr. Roger S. Foster* for the Securities & Exchange Commission, and *Mr. Eugene Blanc, Jr.* for the Hurd Committee et al., respondents.

No. 229. OLD MONASTERY CO. *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Irwin Geiger* for petitioner. *Acting Solicitor General Judson, Messrs. Robert S. Erdahl* and *Leon Ulman* for the United States.

No. 230. SAMUEL H. MOSS, INC. *v.* FEDERAL TRADE COMMISSION. October 8, 1945. Petition for writ of cer-